DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

**1 MAY 2003**

| No. 454P02 Case below: 150 N.C. App. 601 | Gregory v. Kilbride | Plt's PDR Under N.C.G.S. § 7A-31 (COA00-667) | Denied |
|---|---|---|---|
| No. 132P03 Case below: 156 N.C. App. 147 | Harrison v. Lucent Technologies | Plt's PDR Under N.C.G.S. § 7A-31 (COA02-348) | Denied |
| No. 086P03 Case below: 155 N.C. App. 220 | Hayes v. Rogers | 1. Def's (David H. Rogers ) NOA (Constitutional Question) (COA01-1496) <br><br> 2. Def's (David H. Rogers) PDR Under N.C.G.S. § 7A-31 <br><br> 3. Plts' Motion to Dismiss Appeal | 1. —— <br><br> 2. Denied 03/31/03 <br><br> 3. Allowed 03/31/03 |
| No. 483P02 Case below: 151 N.C. App. 747 | In re Jackson | Respondent's (Peggy Green) PDR Under N.C.G.S. § 7A-31 (COA01-1410) | Denied |
| No. 128P03 Case below: 154 N.C. App. 742 | In re Scharfen-berger | 1. Respondent's (Carla Abed Alftah) Petition for Writ of Mandamus (COA02-14) <br><br> 2. Respondent's (Alftah) PWC to Review the Decision of the COA | 1. Denied <br><br> 2. Denied |
| No. 545P02 Case below: 152 N.C. App. 477 | It's Prime Only, Inc. v. Darden | 1. Defs' and Plts' (Keith and Charlene B. Darden) Motion for Variance of the Requirements of the Rules of Appellate Procedure (COA01-1246) <br><br> 2. Defs' (Norman W. Shearin, Vandeventer, Black, Meredith & Martin, L.L.P.) PDR Under N.C.G.S. § 7A-31 <br><br> 3. Defs' (Billy G. Roughton, James Soules, Russell Poland, David Irby, and It's Prime Only, Inc.) PDR Under N.C.G.S. § 7A-31 | 1. Allowed 04/22/03 <br><br> 2. Denied <br><br> 3. Denied |
| No. 133P03 Case below: 155 N.C. App. 776 | Keffer v. Keffer | Def's PWC to Review the Decision of the COA (COA01-366-2) | Denied |
| No. 371P02 Case below: 151 N.C. App. 15 | Leatherwood v. Ehlinger | Def's PDR Under N.C.G.S. § 7A-31 (COA01-728) | Denied |